UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO

|  |  |  |
|---|---|---|
| AARON CULBERTSON, | : | CASE NO. 5:22-cv-00204 |
| Petitioner, | : | ORDER |
|  | : | [Related Doc. 2] |
| v. | : |  |
| WARDEN CHARMAINE BRACY, | : |  |
| Respondent. | : |  |

JAMES S. GWIN, UNITED STATES DISTRICT COURT JUDGE:

On February 7, 2022, Petitioner Aaron Culbertson filed a petition for writ of habeas corpus under 28 U.S.C. § 2254 and a motion to hold the petition in abeyance pending the outcome of an appeal pending before the Ohio Supreme Court. Respondent Bracy has not yet filed an appearance in this case.

The Court hereby ORDERS Respondent Bracy to file a response to Petitioner Culbertson's abeyance motion before May 1, 2022. In addition, the Court reminds Warden Bracy of its obligation under the Rules Governing § 2254 Cases to file the indexed state court records.

IT IS SO ORDERED.

Dated: April 1, 2022        *s/    James S. Gwin*
                            JAMES S. GWIN
                            UNITED STATES DISTRICT JUDGE